UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL ALFORD,
    Plaintiff,

v.                                                                     Case No. 5:20cv305-RV-HTC

FCI MARIANNA FLORIDA, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 1, 2021 (ECF No. 15). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed objections (ECF No. 16). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

Case No. 5:20cv30-RV-HTC

1. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

2. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 19th day of March 2021.

        /s/  Roger Vinson
        ROGER VINSON
        SENIOR UNITED STATES DISTRICT JUDGE

Case No. 5:20cv30-RV-HTC